UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EILEEN KATES,

    Plaintiff,                                               Case No. 8:22-CV-342-VMC-TGW

vs.

CHRIS NOCCO,
in his official Capacity as
Sheriff of Pasco County,

    Defendant.
_____/

## **MEDIATION REPORT**

    In accordance with the court's Order Appointing Mediator [DE 38], an in-person Mediation was held at Zinober, Diana & Monteverde, P.A., 1511 N. Westshore Blvd., Suite 700, Tampa, Florida, on Thursday, December 8, 2022, at 1:30 p.m., where the parties conducted mediation settlement discussions. Plaintiff, EILEEN KATES, attended in person with lead trial counsel.  Defendant, CHRIS NOCCO, in his capacity as Sheriff of Pasco County, attended through the corporate representative, insurance adjuster (via ZOOM) and lead trial counsel.

    All parties participated in good faith.

    The parties reached IMPASSE at this time.

Done December 8, 2022, in Tampa, Florida.

Respectfully submitted,

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
Florida Bar No. 339326
1511 N. Westshore Blvd., Suite 700
Tampa, Florida 33606
Telephone: (813) 773-5106
Facsimile: (727) 498-8902
Email: greg@zinoberdiana.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that December 8, 2022, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator