IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EILEEN KATES,
Plaintiff,                                              Case No.: 8:22-cv-00342-VMC-TGW

v.

CHRIS NOCCO, In His Official
Capacity As Pasco County Sheriff,
     Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO
MODIFY CASE MANAGEMENT AND SCHEDULING ORDER**

     Plaintiff Eileen Kates (Ms. Kates) recently retained new counsel to assist with this case. While counsel of record from McIntyre Thanasides will continue to be involved in the litigation, Ms. Kates's new attorneys will step in as lead counsel. Discovery closed last week, and the dispositive deadline is less than one month away, leaving Ms. Kates's new counsel little time to acquaint themselves with discovery amassed over a year of litigation, to make a determination as to whether to affirmatively move for summary judgment, and prepare to defend against Defendant's summary judgment motion. As such, Ms. Kates seeks to extend the deadlines in the operative case management and scheduling order by 45 days. Defendant Sheriff Chris Nocco does not oppose this request.

     1.     Ms. Kates brought this case alleging violations of her civil rights in February of last year.

2. On April 25, 2022, this Court entered a case management and scheduling order. Doc. 31 (CMO). Under the operative schedule, discovery closed on February 15, 2023, and the dispositive motion deadline is March 15, 2023. *Id.* at 1.

3. Counsel have worked diligently to comply with all deadlines in the operative case management and scheduling order, including timely completing discovery.

4. The parties have exchanged voluminous discovery. They served and responded to 17 interrogatories and 34 requests for production of documents and exchanged 422 documents in discovery, including hundreds of videos. In addition, Ms. Kates deposed six witnesses, and Sheriff Nocco deposed three.

5. Due to unforeseen circumstances, counsel from McIntyre Thanasides are unable to continue serving as lead counsel in this case.

6. McIntyre Thanasides assisted Ms. Kates in obtaining new counsel, and she recently retained undersigned counsel from Civil Rights Corps to serve as lead counsel.

7. However, the dispositive motion deadline is less than one month away, leaving undersigned counsel from Civil Rights Corps little time to familiarize themselves with the discovery amassed over the last ten months, to determine whether to affirmatively move for summary judgment, and to prepare to defend against Sheriff Nocco's summary judgment motion.

8. Through no fault of Ms. Kates's own, lead counsel requires additional time to zealously represent her interests in this litigation. Ms. Kates consents to the requested continuance, understanding that it may result in a continuance of the scheduled trial date. *See* Local Rule 3.08(b).

9. A 45-day extension of the dispositive motion and subsequent deadlines would provide undersigned counsel time to do so and would prevent a manifest injustice to Ms. Kates. *See* CMO at 4.

Accordingly, Ms. Kates respectfully requests that this Court modify its Case Management and Scheduling Order as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Dispositive Motions | March 15, 2023 | May 1, 2023 |
| All Other Motions, Including Motions in Limine | May 15, 2023 | June 29, 2023 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | June 26, 2023 | August 10, 2023 |
| Joint Final Pretrial Statement | July 6, 2023 | August 21, 2023 |
| Final Pretrial Conference | July 13, 2023 | To be set by the Court |
| Trial Term Begins | August 7, 2023 | To be set by the Court |

Dated: February 21, 2023

Respectfully Submitted,

/s/ Sumayya Saleh
Sumayya Saleh
Florida Bar No. 0119372
sumayya@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
(202) 894-6132

**Attorneys for Plaintiff**

Paul Thanasides
Florida Bar No.: 103039
paul@mcintyrefirm.com
clservice@mcintyrefirm.com
Mouhannad Atfeh
Florida Bar No.: 1019331
matfeh@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221

## Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), I hereby certify that Plaintiff's counsel conferred with counsel for Defendant Sheriff Nocco about the relief requested in this motion. Defendant Sheriff Nocco does not oppose the request.

Dated: February 21, 2023

                                                 */s/ Sumayya Saleh*  
                                                 Sumayya Saleh

## Local Rule 3.08(b) Certification

In accordance with Local Rule 3.08(b), I hereby certify that Plaintiff Eileen Kates consents to the requested continuance, understanding that it may result in the continuance of the trial date.

Dated: February 21, 2023

                                                    */s/ Sumayya Saleh*
                                                   Sumayya Saleh